IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    CASE NO. 4:07cr00086-23 JMM

DEONDREY WRIGHT a/k/a Dre

AMENDED JUDGMENT & COMMITMENT

Due to a clerical error, the judgment and commitment entered in this case on May 30, 2008 (docket entry #495), is amended to show the correct term of supervised release. As stated on record during the sentencing hearing held May 29, 2008, the term of supervised release is two (2) years.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 17th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE